# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-04274-SVW-MRW | Date | September 25, 2017 |
|---|---|---|---|
| Title | Tami Ohana v. Edward Louis Marriott et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

   Based upon the representation made in the declaration of defense attorney Kelsey Maxwell, the Court determines that pro se plaintiff's non-participation in the action is due to her untimely demise.

   The Court dismisses the action. The trial is vacated and off-calendar. The Motion for Summary Judgment is deemed moot.

: 

Initials of Preparer     PMC